UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                    :
CTEXT IP LLC,                                       :
                                                    :
                        Plaintiff,                  :          24-CV-8821 (JMF)
                                                    :
            -v-                                      :          ORDER
                                                    :
APPLE INC.,                                          :
                                                    :
                        Defendant.                  :
                                                    :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of Defendant's new motion to dismiss, *see* Docket No. 25, Defendant's earlier motion to dismiss filed at Docket No. 20 is hereby DENIED as moot.  Plaintiff's opposition to the new motion to dismiss is due by **April 7, 2025**.  Defendant's reply, if any, is due by **April 14, 2025**.

      The Clerk of Court is directed to terminate Docket No. 20.

      SO ORDERED.

Dated:  March 25, 2025
      New York, New York
                                JESSE M. FURMAN
                        United States District Judge