UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
CTEXT IP, LLC, :
:
:
                       Plaintiff, :
: 24-CV-8821 (JMF)
      -v- :
: ORDER
:
APPLE INC., :
:
                      Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      For reasons the Court will explain orally at the conference referenced below, Defendant's motion to dismiss, *see* ECF No. 25, is DENIED. Defendant shall answer the Amended Complaint no later than **July 21, 2025**. In addition, the parties shall appear for a telephonic initial pretrial conference on **July 28, 2025**, at **3:30 p.m.** In accordance with the previously filed Notice of Initial Pretrial Conference, *see* ECF No. 8, the parties are reminded that they must file a joint letter and proposed Case Management Plan by the **Thursday before the initial pretrial conference**.

      The parties should join the conference by calling the Court's dedicated conference line at (855) 244-8681 and using access code 2303 019 3884, followed by the pound (#) key, then followed by the pound (#) key again when prompted for an attendee ID number. Absent leave of Court obtained by letter-motion filed before the conference, all pretrial conferences must be attended by the attorney who will serve as principal trial counsel. The parties are reminded to follow the procedures for teleconferences described in the Court's Individual Rules and Practices for Civil Cases, which are available at https://nysd.uscourts.gov/hon-jesse-m-furman. In accordance with those Rules, counsel shall, at least **twenty-four hours before the conference**, email to the Court the names, honorifics (e.g., Mr., Mrs., Ms., Dr., etc.), and telephone numbers of those who will have speaking roles at the conference.

      The Clerk of Court is directed to terminate ECF No. 25.

      SO ORDERED.

Dated: June 30, 2025
       New York, New York
                                                               JESSE M. FURMAN
                                                          United States District Judge