UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
CTEXT IP, LLC, :
:
                Plaintiff, :
: 24-CV-8821 (JMF)
     -v- :
: ORDER
APPLE INC., :
:
                Defendant. :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       As stated on the record during the teleconference held earlier today, Defendant's motion to stay, ECF No. 32, is GRANTED, except that, by separate order, the Court will refer this case to Magistrate Judge Netburn for settlement and for limited discovery in aid of settlement. The parties should confer in an effort to agree upon the scope of that limited discovery. If there are disputes in that regard, the parties should raise them with Judge Netburn.

       **The parties shall file a joint letter within two weeks of any material development in connection with the case, including any decision by the PTAB regarding whether to institute IPR and the resolution of any IPR proceedings.**

       The Clerk of Court is directed to terminate ECF No. 32.

       SO ORDERED.

Dated: July 28, 2025                           _____
      New York, New York                  JESSE M. FURMAN
                                              United States District Judge