UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CTEXT IP, LLC,

                              Plaintiff,                        24-CV-8821 (JMF)(SN)

           -against-                                     **ORDER**

APPLE INC.,

                              Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      On Monday, July 28, 2025, the Honorable Jesse M. Furman assigned this matter to my docket for settlement. By Friday, August 8, 2025, the parties are directed to email Courtroom Deputy Diljah Shaw at Diljah_Shaw@nysd.uscourts.gov with three mutually convenient dates to schedule a settlement conference. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

      Moreover, in accordance with Judge Furman's directive, the parties shall meet and confer regarding the scope of limited discovery for settlement. If any disputes arise, the parties are directed to file a letter on the docket in accordance with the Court's Individual Rules of Practice in Civil Cases.

**SO ORDERED.**

                                                                   SARAH NETBURN
                                                                   United States Magistrate Judge

DATED:      July 29, 2025
                 New York, New York