# GIBSON DUNN

Brian Rosenthal
Partner
T: +1 212.351.2339
M: +1 703.989.7879
brosenthal@gibsondunn.com

February 26, 2026

**VIA ECF**
Hon. Jesse M. Furman
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

RE:  *CText IP LLC v. Apple Inc.*, 1:24-cv-8821-JMF (S.D.N.Y.)

Dear Judge Furman:

We represent Defendant Apple Inc. in the above captioned matter.

The Parties respectfully and jointly request a 21-day extension to the Parties' deadline to file a proposed protective order, from the current deadline of February 27, 2026 to March 20, 2026.

This is the Parties' second request for an extension to these deadlines.  The first request for an extension was granted on February 11, 2026.

The Parties jointly make this request given their desire to collaborate and negotiate a joint protective order and minimize any potential disputes regarding the same.

Plaintiff consents to this extension.

Sincerely,

*/s/ Brian A. Rosenthal*
Brian A. Rosenthal
brosenthal@gibsondunn.com
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
Telephone:  212.351.4000

CC: All Counsel of Record (via CM-ECF)

Application GRANTED. Counsel is reminded that pursuant to the Court's Individual Rules, any future request for extension should be made at least 48 hours prior to the deadline. The Clerk of Court is directed to terminate ECF No. 73.

SO ORDERED

February 27, 2026